**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EFRAIN ROSARIO,**

      **Plaintiff,**

**v.**                                                               **Case No: 6:21-cv-1078-RBD-LRH**

**PERSOLVE RECOVERIES, LLC,**

      **Defendant.**

## ORDER

Plaintiff has filed a notice (Doc. 7) informing the Court of his intent to withdraw numerous instances of the word "judgment" in the Complaint. *See* Doc. 1. Upon consideration, it is hereby **ORDERED** that the Notice is **STRICKEN**. The rules of this Court do not provide for filing a notice as a method to cure deficiencies in a pleading. Moreover, to the extent the Notice is intended as a motion to amend the Complaint, the request is not well taken, as it would result in potential confusion in the Court's docket. If Plaintiff wishes to amend the Complaint, he may do so in accordance with Rule 15(a) of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Orlando, Florida on July 13, 2021.

*/s/ Leslie R. Hoffman*
**LESLIE R. HOFFMAN**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:

Counsel of Record